IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAKYA BERRIDGE,<br>*Plaintiff*<br><br>-vs-<br><br>PEDIATRIC HOME HEALTHCARE,<br>LLC, THOMAS C. WHEAT,<br>*Defendants* | § § § § § § § § § | SA-20-CV-01025-XR |

## ORDER OF DISMISSAL

Before the Court is the parties' conditional stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 57). The parties have stipulated to the dismissal of this case, with prejudice, with the condition by agreement of the parties that the Court retain jurisdiction in this matter to enforce the parties' settlement agreement should any dispute arise. It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE** with the express condition that the Court shall retain jurisdiction in this matter to enforce the parties' settlement agreement should any dispute arise.

It is so **ORDERED**.

**SIGNED** this 8th day of March, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE